18 So.2d 120

#### Ganum TAYLOR v. STATE.

#### 8 Div. 384.

Court of Appeals of Alabama.
Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

17 So.2d 189

#### Luther TAYLOR v. STATE.

#### 6 Div. 51.

Court of Appeals of Alabama.
Dec. 14, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

18 So.2d 121

#### Stonewall TAYLOR v. STATE.

#### 8 Div. 401.

Court of Appeals of Alabama.
March 28, 1944.

H. H. Hamilton, of Russellville, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

15 So.2d 925

#### Andrew H. TEAL v. STATE.

#### I Div. 452.

Court of Appeals of Alabama.
Oct. 26, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed, motion of appellant.

15 So.2d 925

#### Andrew H. TEAL v. STATE.

#### I Div. 453.

Court of Appeals of Alabama.
Oct. 26, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.

15 So.2d 926

#### Andrew H. TEAL v. STATE.

#### I Div. 454.

Court of Appeals of Alabama.
Oct. 26, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.